373 A.2d 1141

Commonwealth, Appellant, v. Yingling.

Argued March 14, 1977. John E. Childe, Jr., Assistant Attorney General, with him Robert P. Kane, Attorney General, for Commonwealth, appellant; Clayton R. Wilcox, with him Fluhrer, Medill & Shelley, for appellee.

Order affirmed.